IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE A. MCBEE,<br><br>    Defendant. | Case No. 24-CR-00241-01-CR-W-SRB |

**MOTION OF THE UNITED STATES FOR A PRELIMINARY ORDER
OF FORFEITURE, WITH SUPPORTING SUGGESTIONS**

The United States of America respectfully moves this Court for a Preliminary Order of Forfeiture for the reasons set forth in the following supporting suggestions. A proposed order is submitted with this motion.

**SUPPORTING SUGGESTIONS**

1. On November 5, 2024, the defendant, Steve A. McBee, was charged by way of an Information with making a false statement in connection with federal crop insurance, in violation of Title 18, United States Code, Sections 1014 and 2. ECF No. 2. The Forfeiture Allegation of the Information sought a personal money judgment equaling the total proceeds the defendant obtained through his fraud scheme. *Id.*

2. On November 5, 2024, the defendant entered into a plea agreement with the United States pursuant to which he agreed to plead guilty to Count One of the Information. Defendant further consented to the imposition of a $3,158,923 money judgment, representing the amount of proceeds he personally obtained through his participation in the fraud offense. ECF No. 8

3. The Court's jurisdiction in this matter is founded upon Title 18, United States Code, Section 982(a)(2) which provides that:

> The court, in imposing sentence on a person convicted of a violation of, or a conspiracy to violate, section … 1014 … of this title, affecting a financial institution, shall order that the person forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation.

4. The United States has not, as of this date, identified specific assets that were derived from the offenses for which the defendant has been convicted.

5. Accordingly, the United States seeks the entry of an Order of Forfeiture consisting of a personal money judgment against the defendant pursuant to Rule 32.2(b)(2)(C) in the amount of $3,158,923.

6. The United States requests that the Court orally announce the final calculated amount of the money judgment at the time of sentencing and that the Court include the final calculated amount of the money judgment in its Judgment and Commitment Order. *See* Fed. R. Crim. P. 32.2(b)(4)(B).

7. The entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure. Forfeiture money judgments are authorized by Title 21, United States Code, Section 853(o) and (p). *See United States v. Johnson*, 956 F.3d 510, 518 n.5 (8th Cir. 2020) (affirming money judgment based on proceeds of offense). Once the Order of Forfeiture is entered, the Government may move at any time, pursuant to Rule 32.2(e)(1)(B), to amend the Order to forfeit specific property of the defendant, having a value up to the amount of the money judgment, as substitute assets.

8. In accordance with the provisions of Title 21, United States Code, Section 853(p) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States requests that it be permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

WHEREFORE, the United States respectfully requests that this Court enter an order directing a money judgment against the defendant, Steve A. McBee, individually, in the amount of $3,158,923.

                                  Respectfully submitted,

                                  **TERESA A. MOORE**
                                  United States Attorney

By

                                  */s/Bradley Cooper*
                                  Bradley Cooper
                                  Special Assistant United States Attorney
                                  400 E. 9th Street, Fifth Floor
                                  Kansas City, Missouri 64106
                                  Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2024, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system, for electronic delivery to all counsel of record.

                                                */s/Bradley Cooper*
                                                Bradley Cooper
                                                Special Assistant United States Attorney