Steve A. McBee

Case No. 24-002410-01-CR-W-SRB

ATTACHMENT 2

SENTENCING MEMORANDUM

# The Columbian

News / Nation & World

# Drought takes toll in Missouri

### Nearly half of state's corn crop listed as poor or very poor

By JIM SALTER, Associated Press
Published: August 19, 2018, 8:10pm

< Share ▼



### Morning Briefing Newsletter
Get a rundown of the latest local and regional news every Mon-Fri morning.

Case 4:24-cv-00241-SRB    Document 26-2    Filed 10/06/25    Page 2 of 13

ST. LOUIS — Parts of Missouri are so dry that corn crops are suffering and hay for cattle is in short supply, with water becoming increasingly scarce, experts say.

Missouri has had below-average rainfall since winter. The U.S. Drought Monitor map shows that nearly all of Missouri is experiencing drought, with several counties in the northwestern part of the state facing "exceptional" conditions — the most dire classification assigned by the monitor. Conditions were nearly as bad elsewhere along the northern tier and in southwestern Missouri.

Much of the western U.S. is also experiencing drought. But Missouri is the only Midwestern state with such severe conditions. Parts of Kansas also are extremely dry, but most of Illinois and Nebraska, and the northern half of Iowa, are drought-free.

"That isolated nature really hurts some corn growers because they're competing against other farmers in the Midwest that have had bumper crops," said Mark Fuchs, hydrologist for the National Weather Service office near St. Louis. "That puts a lot of them on the brink of financial ruin."

The U.S. Department of Agriculture lists soil moisture as "short" or "very short" in four-fifths of the state. As for Missouri's corn crop, nearly half of it was listed as poor or very poor, according to the most recent USDA progress report. Only about a quarter was listed as good or excellent.

The drought has also hurt pastures, with about three-quarters in poor or very poor conditions, according to the USDA report. Many pastures haven't been able to support grazing cattle, prompting farmers to feed cattle with hay that might normally be saved for winter. It's also hurt the hay crop, which is down about one-third from normal.

"It has been a very bad summer following a very bad winter as far as the feed supply," said Eldon Cole, a University of Missouri Extension livestock specialist. "The winter was so long last year they had to feed hay until April. That caused them to run out of hay, and then we didn't have a good growing season."

Morning Briefing Newsletter
Get a rundown of the latest local and regional news every Mon-Fri morning.

## U.S. Drought Monitor
# Missouri

**July 31, 2018**
*(Released Thursday, Aug. 2, 2018)*
Valid 8 a.m. EDT

### Drought Conditions (Percent Area)

|  | None | D0-D4 | D1-D4 | D2-D4 | D3-D4 | D4 |
|---|---|---|---|---|---|---|
| Current | 5.12 | 94.88 | 65.30 | 31.45 | 17.46 | 0.00 |
| Last Week 07-26-2018 | 14.52 | 85.48 | 50.29 | 32.04 | 15.56 | 0.00 |
| 3 Months Ago 05-03-2018 | 70.70 | 29.30 | 16.54 | 0.00 | 0.00 | 0.00 |
| Start of Calendar Year 01-04-2018 | 1.49 | 98.51 | 46.34 | 23.68 | 1.29 | 0.00 |
| Start of Water Year 09-28-2017 | 35.49 | 64.51 | 8.80 | 0.00 | 0.00 | 0.00 |
| One Year Ago 08-03-2017 | 57.96 | 42.04 | 4.72 | 0.00 | 0.00 | 0.00 |

*Intensity:*

- None
- D0 Abnormally Dry
- D1 Moderate Drought
- D2 Severe Drought
- D3 Extreme Drought
- D4 Exceptional Drought

The Drought Monitor focuses on broad-scale conditions. Local conditions may vary. For more information on the Drought Monitor, go to https://droughtmonitor.unl.edu/About.aspx

*Author:*
Chris Fenimore
NCEI/NESDIS/NOAA

   

**droughtmonitor.unl.edu**

| Map format | PNG |
|---|---|

[ Download Map ]

# Embed this Map

Direct link:

https://droughtmonitor.unl.edu/data/png/20180731/20180731_mo_trd.png

Embed image:
&lt;img

https://www.columbiamissourian.com/news/local/mid-missouri-farmers-still-reeling-from-drought-extreme-cold/article_c6439696-4f11-11e9-975b-37c91ecb5786.html

# Mid-Missouri farmers still reeling from drought, extreme cold

By Camille McManus
Mar 27, 2019

1 of 3



Tim Reinbott spreads fertilizer over a wheat field Tuesday at the Bradford Research Center. Reinbott says t] behind, in part, due to rotating weather patterns of heat, cold and wet that prevented planting. "Everything the warming weather, Reinbott says the crops are beginning to come in.

Tristen Rouse/Missourian

Case 4:24-cr-00241-SRB    Document 26-2    Filed 10/06/25    Page 5 of 13



Farming is the most inclement occupation.

At least that's what Harry Thompson, 65, would say. He should know. He's lived his entire life on a 400-acre farm outside Jefferson City that's been in his family since the 1850s, and he works on another 1,000 acres of rented land.

"It's just so challenging and so complex," Thompson said, "the amount of variables that we have little or no control over."

One variable in particular stood out in the past year: extreme weather.

Thompson's farm was affected by the drought of summer 2018 followed by freezing temperatures over winter, which led to a difficult season for him and many mid-Missouri farmers through 2018 and into early 2019.

After the 2018 drought cost Missouri farmers some of their crops, they were left with less to sell and less hay to feed cattle. That led to more crop insurance claims than ever before for MU research centers and increasing prices on hay, said Tim Reinbott, assistant director of the Missouri Agricultural Experiment Station. And an unusually intemperate winter hasn't helped, instead often making it harder for farmers such as Thompson to feed their cattle while ice kept crops from receiving proper oxygen.

All in all, the drought recovery was significantly weather-delayed in mid-Missouri. Even flooding of the Missouri River in recent weeks has put farmers in the area at risk of further damages, according to The Associated Press reporting.

As is routine, Thompson's cows take in more food in the winter to keep themselves warm, he said. But delivering food to them was harder this winter.

"If it's not the snow, it's been mud, and on those days, the ground was frozen hard," he said.

The cold weather also affected crops in the region. Reinbott said the ice kept crops from getting the oxygen they needed.

"Snow is one thing," Reinbott said. "Ice is a little different. Ice suffocates a crop."

Case 4:24-cv-00241-SRB   Document 26-2   Filed 10/06/25   Page 6 of 13

But the real problem began in April 2018, Thompson said. When it suddenly became hot early last spring, some grasses that prefer cool weather didn't grow as well. That created issues in feeding cattle, which often graze on those grasses throughout the summer.

"We were on the verge of being short on grass all summer and early fall," Thompson said.

The lack of favorable conditions continued through the summer, with only a few timely rains and never an abundance of moisture, he said.

One pond was so completely dried up during the summer, Thompson said, he had to bring water to the herd every day for two months. His corn and soybean crops also had reduced yields.

## Good time for a switch

For someone like Thompson, whose primary source of personal income is farming, the unpredictable weather creates financial instability. He said he tries to maintain his income by using older machinery and avoids buying anything he doesn't need.

And even so, those measures didn't help that much in the past year.

"This last year's been a challenge," Thompson said. "The yield's come down some, so that has been a challenge to make things reach."

MU Extension state beef specialist Eric Bailey worked with cattle farmers on methods to cut costs — as hay prices jumped from $35 to $95 per bale, due to higher demand following the summer 2018 drought.

Bailey found cheaper feed options for many cattle farmers. It's hard to take hay completely out of a cow's diet, but much of it can be replaced with other crops, such as corn, he said.

That's convenient because "corn was really cheap last year," Bailey said. "So I had producers feed as much corn as we could practically get into the cows."

Corn is more nutritious than hay, too, so it's a suitable substitute. But many farmers were cautious about making the switch because "hay is a culture" in Missouri, Bailey said.

## 'Offsetting the perils'

When yield loss is significant, many farmers rely on crop insurance to get back lost money, Reinbott said.

The MU research centers may have lost up to $500,000 due to the lower yields in 2018, Reinbott said. And that left the research centers with high crop insurance claims.

To make the claims, farms have to lose a significant percentage of their average yields. Although the farms don't always need it, the insurance can help "offset those perils" of a difficult year when farms lose a lot of money, Thompson said.

"You may not use it for 10 years, and then when you use it, you use it," Reinbott said.

Thompson, who also relies on insurance for crop losses, said he's glad that 2018 — and the difficult weather that came with it — is over.

"I'm looking forward to 2019," he said, "hoping that we get back to a more normal year for Missouri, if there is such a thing."

| Report an error | Write a letter | Send us feedback |

### Camille McManus

Camille is an undergrad at Mizzou studying data journalism. Reach her at cmmq63@mail.missouri.edu.



MARKETING | CORN | SOYBEAN



# 2018 drought causes crop failure for farmer

Faces of Drought: Joe Clevenger faces the worst drought since the 1980s.

 Mindy Ward, Editor, Missouri Ruralist
August 8, 2018

4 Min Read



TAKING INVENTORY: Caldwell County, Mo., farmer Joe Clevenger visits a field of drought-stricken corn near his home. He believes much of the crop will be a loss.

**Editor's note:** *This is the first in a four-part series on the impact the 2018 drought has on farmers, ranchers and agribusinesses in northern Missouri. It is the hardest-hit area of the state.*

Case 4:24-cr-00241-SRB    Document 26-2    Filed 10/06/25    Page 9 of 13

It's a hot, dry day in north-central Missouri as Joe Clevenger appears outside of the white farmhouse. As temperatures climb toward 95 degrees F yet again, the corn and soybean farmer makes his way across the burnt, brown lawn and exclaims, "Have I got some fields to show you!"

Hopping into his pickup truck, we drive just a few miles down the road. Through the view from the front window, it is easy to see the toll the 2018 drought is taking on crops. Clevenger opens the door and steps down onto the bare soil. Walking a few feet, he reaches for a corn ear and plucks it from the stalk. The stalk nearly topples over.



POLLINATION PROBLEMS: The heat did not allow corn to pollinate and is creating loss of kernels. Many corn ears look like this one in northwest Missouri; however, some plants did not even produce an ear.

"There's not much here," Clevenger says, peeling back the already dried-down outer shuck. The ears are just about 4 inches long. "They just did not pollinate. We reached 105 degrees right in the middle of pollination. And there was no moisture. We are looking at total crop losses on some acres."

Clevenger's fields have only received 1.4 inches of rain since mid-June. "We have not received a good run off rain in over a year," he says.

His farm is in the bull's-eye of the region of the state the U.S. Drought Monitor Index puts at a D3 intensity — or extreme drought. More than 20 counties in the state are experiencing the same dry conditions. For the fourth-generation farmer, the 2018 drought is worse than 2012. "This year we just went for a longer period without rain, and we had such heat," he says.

## Volatile season

It is a far different story than Clevenger and other farmers thought would be written for the 2018 crop season.

The year started out well. Planting conditions were nearly perfect. Clevenger is a no-till farmer leaving residue on the soil. He even plants ryegrass as a cover crop. In some years, these practices can leave farmers waiting for fields to dry out from a wet winter, but that was not the case this year. The ground condition was not too wet or too dry in 2018. The seeds went into the soil seamlessly. He planted his corn crop in late April and early May. The soybean crops saw similar planting conditions.

Then the heat settled in. Many areas of the state saw triple-digit highs, putting May 2018 as the hottest on record dating back to 1962, according to Pat Guinan, University of Missouri Extension climatologist.

Dryness intensified across Missouri in June, with most of the state reporting below-normal rainfall. Guinan says it was the third consecutive month with below-normal precipitation, and the driest April-through-June period since 2012.

To find a drought similar in length and scope of damage, Clevenger says it takes going back 35 years, to 1982-83. "Then, we were going after 4-bushel beans," he says. "We had to go in and harvest then, since there was no crop insurance." Clevenger says years like these show the importance of crop insurance to farmers and ranchers. "I would not go into the field without it nowadays."

Case 4:24-cr-00241-SRB    Document 26-2    Filed 10/06/25    Page 11 of 13



**STRUGGLING SOYBEANS:** Joe Clevenger inspects his soybean fields near Hamilton, Mo. Many of the plants do not even have pods.

### Waiting on soybeans

While the Caldwell County, Mo., farmer has all but given up on his corn crop, he holds out hope for soybeans.

On a dusty gravel road, he comes to a stop. "This field look promising," he says, pointing toward the green plants.

This year, fields saw variable stands. Some plants did not make it out of the ground; others emerged but failed to thrive. "Some just did not set pods," Clevenger says. Then, to add insult to injury, those that did survive are showing signs of sudden death syndrome, or SDS.

"When we say beans are resilient — well, this year, that will be tested," he adds. As the dry weather persists into August, Clevenger's optimism fades. "It is just too long without moisture, and too much heat," he says. "We are really hurting this year. These crops have taken about as much as they can. There is just nothing left."

Clevenger planned, purchased and prepared for this year's crop. He spent time planting and tending to corn and soybean plants. Then painstakingly watched as fields dried up and died. Despite all his efforts, he is looking at crop failures.

Still, like others in this northern region of Missouri, Clevenger will start again next spring. "Of course I will be back," he says. "Farming is my passion. It is what I do."

## About the Author



**Mindy Ward**
**Editor, Missouri Ruralist**

Mindy resides on a small farm just outside of Holstein, Mo, about 80 miles southwest of St. Louis.

After graduating from the University of Missouri-Columbia with a bachelor's degree in agricultural

Source: https://www.farmprogress.com/marketing/2018-drought-causes-crop-failure-for-farmer